UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. CORBIN CONROY, Defendant. | 5:19-CR-50048-01-KES<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |
|---|---|

Defendant, Corbin Conroy, filed a motion to suppress. Docket 17. He is charged in an indictment with one count of interference with commerce by robbery, one count of use and brandishing of a firearm during the commission of a crime of violence, and one count of conspiracy to violate 18 U.S.C. § 924(c). This motion was referred to Magistrate Judge Daneta Wollman under 28 U.S.C. § 636(b)(1)(B) and the October 16, 2014, standing order of this court, for the purpose of conducting any necessary hearings, including evidentiary hearings.

On October 23, 2019, the magistrate judge submitted her report and recommended denial of Conroy's motion to suppress. Docket 65. Conroy was notified in the report and recommendation that he had 14 days to file objections to the report. Conroy did not file objections. This court's review of a magistrate judge's report and recommendation is governed by 28 U.S.C. § 636 and Rule 72 of the Federal Rules of Civil Procedure. The court reviews de novo any objections to the magistrate judge's recommendations with respect to

dispositive matters that are timely made and specific. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Because motions to suppress evidence are considered dispositive matters, a magistrate judge's recommendation regarding such a motion is subject to de novo review. 28 U.S.C. § 636(b)(1)(A); *see also United States v. Raddatz*, 447 U.S. 667, 673 (1980). In conducting de novo review, this court may then "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see also United States v. Craft*, 30 F.3d 1044, 1045 (8th Cir. 1994).

Even though no objections were filed that would require de novo review under *Thompson v. Nix,* 897 F.2d 356 (8th Cir. 1990), the court reviewed the matter de novo and finds that the magistrate judge's report and recommendation is adopted in full. Therefore, it is

ORDERED that the report and recommendation of the magistrate judge (Docket 65) is adopted in full.

Dated November 7, 2019.

                                      BY THE COURT:

                                      /s/ *Karen E. Schreier*
                                      KAREN E. SCHREIER
                                      UNITED STATES DISTRICT JUDGE